■ RICHARD JONES, an Infant, by His Guardian ad Litem, MAMIE JONES, et al., Appellants, v. ESTELLE EISENSTADT, as Executrix of ISIDORE EISENSTADT, Deceased, Respondent.— In a negligence action to recover damages for personal injuries, medical expenses and loss of services, plaintiffs appeal from a judgment of the Supreme Court, Nassau County, entered January 16, 1962 after trial, upon a jury's verdict in favor of defendant. The infant plaintiff claims that, as he was descending the stairway leading from the second floor apartment in which he resided to the ground floor, his feet tripped on a defective rubber tread on a step, causing him to fall. Judgment affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ SIDNEY KONIG, Appellant, v. MILLARD SHRODER, INC., et al., Respondents.— In a negligence action to recover damages for personal injuries sustained when plaintiff was struck on the head by a falling brick, plaintiff appeals from an order of the Supreme Court, Kings County, dated May 10, 1962, which denied his motion for reconsideration of an earlier application which resulted in denial of his application for a preference pursuant to rule 9 of the Kings County Supreme Court Rules. Order affirmed, with $10 costs and disbursements. The present motion, while characterized by plaintiff as one for "reconsideration," actually was a new motion based upon new facts and additional papers. An order which denies such a motion is appealable (cf. *Sorkin* v. *County of Nassau*, 16 A D 2d 837). On the basis of the medical proof submitted the Special Term properly exercised its discretion in denying the preference (cf. *Groeger* v. *Mifleb Realty Corp.*, 9 A D 2d 684; *Cunningham* v. *Malbin*, 8 A D 2d 949). Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ MANDEL'S INTERIOR DECORATORS, INC., Respondent, v. RELIANCE INSURANCE COMPANY, Appellant.— In an action to recover on a policy of insurance issued by defendant to plaintiff, and for other relief, the defendant, by permission of this court, appeals from an order of the Appellate Term of the Supreme Court, dated February 16, 1962, which (a) modified an order of the Municipal Court of the City of New York, dated September 21, 1961, which had granted plaintiff's motion for summary judgment; and (b) reversed the judgment entered on such order in favor of the plaintiff. By its modification, the Appellate Term (a) deleted the amount awarded to plaintiff in the Municipal Court; (b) granted the motion as to the first cause of action only; and (c) directed an assessment of damages thereon. Order of Appellate Term affirmed, with costs. No opinion. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.